John Kevin Crowley (SBN 88189)
**CROWLEY & BRERETON**
160 W. Santa Clara Street, Suite 1180
San Jose, CA 95113
Telephone: (408) 286-1200
Facsimile: (408) 286-1211

Attorney for Plaintiffs, TASHA TENTURIER and ROGELIO J. TENTURIER

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SHARON YVETTE DE EDWARDS; AND FERNANDO ANTHONY EDWARDS,<br><br>Debtors. | Adversary No.<br>Case No. 08-41073 RLE<br>Chapter 7 |
| TASHA TENTURIER and ROGELIO J. TENTURIER,<br><br>Plaintiffs,<br><br>v.<br><br>SHARON YVETTE DE EDWARDS; AND FERNANDO ANTHONY EDWARDS,<br><br>Defendants. | **CERTIFICATE OF SERVICE**<br><br>Date: November 3, 2010<br>Time: 2:00 p.m.<br>Courtroom: 201 |

I, Mariela Villarreal declare:

That I am a citizen of the United State of America and employed in Santa Clara County by the law offices of CROWLEY & BRERETON; that my business address is 160 W. Santa Clara Street, Suite 1180, San Jose, California, 95113; that I am over the age of eighteen (18) years and not a party to the above-entitled action.

1

I further certify that I caused to be served a copy of the following:

NOTICE OF NON-OPPOSITION TO MOTION FOR ORDER THAT THE TRUSTEE HAS ABANDONED DEBTOR'S CLAIM

To be served this date upon the parties in this action by placing a true and correct copy in a sealed envelope, and served as first class mail by placing such envelopes with postage thereon fully prepaid in the designed area for outgoing U.S. mail in accordance with our office standard mailing practices, to the parties addressed as follows:

Fernando Anthony Edwards
2121 N. California Blvd. Suite 290
Walnut Creek, CA 94598
925-788-4850

Sharon Y. de. Edwards
2121 N. California Blvd. Suite 290
Walnut Creek, CA 94598
925-788-4850

I declare under penalty of perjury under the laws of the United States of that the foregoing is true and correct.

Executed on October 8, 2010 at San Jose, California.

Dated: 10/8/2010

Mariela Villarreal

2